AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

Citizens Against Casino Gambling
 in Erie County
 ( Joel Rose and Robert Heffern,
 as Co-Chairpersons), et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 07-CV-451

v.

Philip H. Hogen, in his Official Capacity
as Chairman of the National Indian
Gaming Commission, et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard.

IT IS ORDERED AND ADJUDGED that the National Indian Gaming Commission Chairman's July 2, 2007 administrative decision approving the Seneca Nation of Indians Class III Gaming Ordinance is VACATED. Further, that defendants' motion to dismiss is granted in part and denied in part. Further, that plaintiffs' motion for summary judgment is granted in part and denied in part. Further, that plaintiffs motion to supplement the record is denied.

Date: July 8, 2008                                                                                  RODNEY C. EARLY, CLERK

                                                                                                              By: S/ Jane D. Kellogg
                                                                                                                   Deputy Clerk